NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DATA NETWORK STORAGE CORPORATION,**
*Plaintiff-Appellant,*

v.

**DELL INC.,**
*Defendant,*

AND

**NETWORK APPLIANCE, INC.,**
*Defendant-Appellee.*

---

2011-1141

---

Appeal from the United States District Court for the Northern District of Texas in case no. 08-CV-0294, Judge David C. Godbey.

---

## ON MOTION

---

## ORDER

Data Network Storage Corporation moves without opposition to dismiss Dell Inc. from this appeal.

Because Dell was a party in the trial court, we keep it in the caption in this appeal but identify it only as a defendant in the caption.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) Each side shall bear its own costs.


FOR THE COURT


**AUG 0 4 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk


cc: Anthony J. Dain, Esq.
    Roger J. Fulghum, Esq.
    Edward R. Reines, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 4 2011

JAN HORBALY
CLERK